**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COOK, | CASE NO. CV 09-03642 FMC (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| ROBERT A. HOREL, WARDEN, | |
| Respondent. | |

      This matter came before the Court on the Petition of TIMOTHY COOK, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as untimely.

DATED: August 28, 2009

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE